FILED
CLERK, U.S. DISTRICT COURT
NOV - 3 2016
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KIMBERLY ANNE HERNANDEZ, <br><br> Defendant. | Case No.: 16cr00504 <br><br> ORDER OF DETENTION <br> [18 U.S.C. §§ 3148(b), 3143(a)] |

On October 28, 2016 defendant Kimberly Ann Hernandez made her initial appearance following her arrest on a bench warrant issued by this court on October 26, 2016 for alleged violations of the terms and conditions of pretrial release. The matter was continued to November 3, 2016 for a detention hearing. The Court conducted a detention hearing on November 3, 2016.

The Court has reviewed the files and records in this matter and conducted a detention hearing pursuant to 18 U.S.C. §§ 3148(b) and 3143(a). Defendant is scheduled to be sentenced on November 28, 2016.

The Court finds, pursuant to 18 U.S.C. § 3148(b), as follows:

1. Based on the factors set forth in 18 U.S.C. § 3142(g), there no longer is any condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the community if allowed to remain on bail pending future court proceedings.

2. The Court has taken into account the allegations of defendant's noncompliance with the conditions of pretrial release, which include defendant's termination from a residential substance abuse program due to disruptive behavior and failure to follow the program rules.

The Court finds that defendant does not appear to be amenable to treatment and her drug use poses a danger to both herself and the community. These findings constitute a change in circumstances which justifies reconsideration of the decision to allow her to remain on bail pending future court appearances. The Court now finds that, under the current circumstances, clear and convincing evidence does not exist to show that the defendant is not likely to flee or pose a danger to the community if allowed to remain on bail.

IT THEREFORE IS ORDERED that defendant is remanded to the custody of the United States Marshal.

Dated: November 3, 2016

/s/
ALKA SAGAR
UNITES STATES MAGISTRATE JUDGE